# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CENTRAL ALARM SIGNAL, INC., a Michigan corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>FINISHING BRANDS HOLDINGS INC., an Illinois corporation, and JOHN DOES 1-10,<br><br>Defendants. | Case No.: 2:16-cv-10844-AC-SDD<br><br>**CLASS ACTION**<br><br>Hon. Avern Cohn |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, CENTRAL ALARM SIGNAL, INC., through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice.

    Respectfully submitted,

    CENTRAL ALARM SIGNAL, INC.,
    individually and as the representative of a
    class of similarly-situated persons,

    By: s/Brian J. Wanca
    Brian J. Wanca

                        **ANDERSON + WANCA**
                        Brian J. Wanca
                        Ryan M. Kelly
                        3701 Algonquin Road, Suite 500
                        Rolling Meadows, IL 60008
                        Telephone: 847-368-1500
                        Fax: 847-368-1501

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                         s/ Brian J. Wanca